*1095 ante, p. 132;
ante, p. 841;
ante, p. 993;
ante, p. 938;
ante, p. 1012;
ante, p. 1027;
ante, p. 982;
ante, p. 1027;
ante, p. 1005;
ante, p. 1005;
ante, p. 1016;
ante, p. 1028;
ante, p. 1005;
ante, p. 1005;
ante, p. 1031;
*1096 No. 89-6020.
No. 89-6066.
No. 89-6103.
No. 89-6112.
No. 89-6132.
ante, p. 1031;
ante, p. 1032;
ante, p. 1033;
ante, p. 1034; and
ante, p. 1034. Petitions for rehearing denied.